## UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** Ain Uwimana Jendayi Johnson

**Case Number:** 25−11568−KHK          **Date Filed:** August 1, 2025

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  August 4, 2025                              Charri S Stewart
[VAN062vJul2025.jsp]                                Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:   Case No. 25-11568-KHK
Ain Uwimana Jendayi Johnson   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9   User: Admin   Page 1 of 2
Date Rcvd: Aug 04, 2025   Form ID: VAN062   Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ain Uwimana Jendayi Johnson, 2919 Williamsburg Ct, Woodbridge, VA 22191-4633 |
| 16788093 | + | 95 Express Lanes LLC, 6440 General Green Way, Alexandria, VA 22312-2413 |
| 16788094 | #+ | Bloom Health, 1954 Greenspring Dr Ste 530, Lutherville Timonium, MD 21093-4192 |
| 16788100 | | First Source Advantage LLC, 205vb Bryant Woods South, Buffalo, NY 14228 |
| 16788101 | + | Nationstar Mortgage, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16788095 | ^ | MEBN | Aug 05 2025 00:26:16 | BWW Law Group, 8100 Three Chopt Rd, Ste 240, Richmond, VA 23229-4833 |
| 16788097 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2025 00:33:21 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 16788096 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2025 00:43:43 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16788098 | + | Email/Text: bankruptcy@cavps.com | Aug 05 2025 00:30:00 | Cavalry SPV I LLC, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 16788099 | + | Email/Text: violationdisputes@ezpassva.com | Aug 05 2025 00:29:00 | EZ Pass Virginia, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 16788102 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 05 2025 00:30:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 16788103 | | Email/Text: sagnew@stwfirm.com | Aug 05 2025 00:29:00 | Schrier Tolin & Wagman LLC, 700 King Farm Blvd Ste 625, Rockville, MD 20850 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0422-9 | User: Admin | Page 2 of 2 |
| Date Rcvd: Aug 04, 2025 | Form ID: VAN062 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Ain Uwimana Jendayi Johnson dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 3