# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

Case Number  25−11568−KHK
Chapter  13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ain Uwimana Jendayi Johnson
2919 Williamsburg Ct
Woodbridge, VA 22191

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−3206

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor:  NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO
## LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
## AND
## LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS;
## AND HEARING THEREON

**TO:**     **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on August 1, 2025. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:**  <u>August 15, 2025</u>

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 All Schedules and Statement of Financial Affairs
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Statement of Your Current Monthly Income and Calculation of Commitment Period**
**Chapter 13 Plan**
**Declaration About Individual Debtor's Schedules**

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314*
*Date: August 28, 2025*
*Time: 01:30 PM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

Date:  August 4, 2025

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

<u>/s/   Michelle Rose Stehle</u>
Deputy Clerk
Direct Dial Telephone No. <u>804−916−2422</u>

[10071_30152vJun2023.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:     Case No. 25-11568-KHK
Ain Uwimana Jendayi Johnson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9    User: MichelleS    Page 1 of 2
Date Rcvd: Aug 04, 2025    Form ID: both215    Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ain Uwimana Jendayi Johnson, 2919 Williamsburg Ct, Woodbridge, VA 22191-4633 |
| 16788093 | + | 95 Express Lanes LLC, 6440 General Green Way, Alexandria, VA 22312-2413 |
| 16788094 | #+ | Bloom Health, 1954 Greenspring Dr Ste 530, Lutherville Timonium, MD 21093-4192 |
| 16788100 | | First Source Advantage LLC, 205vb Bryant Woods South, Buffalo, NY 14228 |
| 16788101 | + | Nationstar Mortgage, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16788095 | ^ | MEBN | Aug 05 2025 00:26:15 | BWW Law Group, 8100 Three Chopt Rd, Ste 240, Richmond, VA 23229-4833 |
| 16788097 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2025 00:31:31 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 16788096 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2025 00:43:41 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16788098 | + | Email/Text: bankruptcy@cavps.com | Aug 05 2025 00:30:00 | Cavalry SPV I LLC, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 16788099 | + | Email/Text: violationdisputes@ezpassva.com | Aug 05 2025 00:29:00 | EZ Pass Virginia, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 16788102 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 05 2025 00:30:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 16788103 | | Email/Text: sagnew@stwfirm.com | Aug 05 2025 00:29:00 | Schrier Tolin & Wagman LLC, 700 King Farm Blvd Ste 625, Rockville, MD 20850 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0422-9 | User: MichelleS | Page 2 of 2 |
| Date Rcvd: Aug 04, 2025 | Form ID: both215 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Daniel M. Press | on behalf of Debtor Ain Uwimana Jendayi Johnson dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 3