LAW OFFICES
**MCCALLA RAYMER LEIBERT PIERCE, LLP**
BANKRUPTCY DEPARTMENT
1544 Old Alabama Rd
Roswell, GA 30076
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

August 7, 2025

Clerk, United States Bankruptcy Court
200 S. Washington Street, Suite 100
P.O. Box 19247
Alexandria, VA 22314

**REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtor | Ain Uwimana Jendayi Johnson |
| Case Number | 25-11568 |
| Chapter | 13 |
| Secured Creditor | USAA FEDERAL SAVINGS BANK |
| Loan Number | XXXXXX8766 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

USAA FEDERAL SAVINGS BANK
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Maria Tsagaris*
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
1544 Old Alabama Rd
Roswell, GA 30076
Phone: 678-281-6532
Email: Maria.Tsagaris@mccalla.com

NOA