UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| Ain Uwimana Jendayi Johnson ) | |
| ) | No. 25−11568−KHK |
| Debtor. ) | Chapter 13 |
| ) | |

**MOTION TO EXTEND TIME**
**FOR FILING LISTS, SCHEDULES, STATEMENTS AND PLAN**

COME NOW the Debtor, Ain Uwimana Jendayi Johnson, by counsel, and, pursuant to Local Rules 1007-1(B) and 3015-2(C)(3), moves this honorable Court to extend the time for filing her lists, schedules, statements and plan and in support thereof states the following:

1. The Debtor's lists, statements, schedules and plan are due on August 15, 2025.

2. The Meeting of Creditors is scheduled for September 9, 2025.

3. The Debtor requires additional time within which to sufficiently prepare her lists, statements, schedules and plan.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing her lists, schedules, and statements from August 15, 2025, until September 2, 2025, the seventh day before the Meeting of Creditors, and the time for filing the plan by 14 days, to August 29, 2025, or such other dates as the Court may order.

Dated: August 13, 2025.

Respectfully submitted,

   /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

  This is to certify that on this 13th day of August, 2025, I caused the foregoing Motion to be served by CM/ECF, where available, or first-class mail, postage pre-paid, upon all creditors listed on the attached List of Creditors, the Chapter 13 Trustee, and the Office of the U.S. Trustee.

             /s/ Daniel M. Press
             Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 25-11568-KHK<br>Eastern District of Virginia<br>Alexandria<br>Wed Aug 13 12:08:49 EDT 2025 | USAA FEDERAL SAVINGS BANK<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| 95 Express Lanes LLC<br>6440 General Green Way<br>Alexandria, VA 22312-2413 | BWW Law Group<br>8100 Three Chopt Rd<br>Ste 240<br>Richmond, VA 23229-4833 | Bloom Health<br>1954 Greenspring Dr Ste 530<br>Lutherville Timonium, MD 21093-4192 |
| Capital One<br>1680 Capital One Dr<br>McLean, VA 22102-3407 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Cavalry SPV I LLC<br>500 Summit Lake Dr<br>Ste 400<br>Valhalla, NY 10595-2321 |
| EZ Pass Virginia<br>PO Box 1234<br>Clifton Forge, VA 24422-0724 | First Source Advantage LLC<br>205vb Bryant Woods South<br>Buffalo, NY 14228 | Nationstar Mortgage<br>9800 Fredericksburg Rd<br>San Antonio, TX 78288-0001 |
| Navy Federal<br>PO Box 3100<br>Merrifield, VA 22119-3100 | (p)SCHRIER TOLIN & WAGMAN  LLC<br>ATTN STEVEN SCHRIER<br>700 KING FARM BLVD<br>SUITE 625<br>ROCKVILLE MD 20850-6547 | Ain Uwimana Jendayi Johnson<br>2919 Williamsburg Ct<br>Woodbridge, VA 22191-4633 |
| Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Thomas P. Gorman<br>Thomas P. Gorman, Chapter 13 Trustee<br>1414 Prince St.<br>Ste. 202<br>Alexandria, VA 22314-2853 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Schrier Tolin & Wagman LLC
700 King Farm Blvd Ste 625
Rockville, MD 20850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)USAA FEDERAL SAVINGS BANK<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     1<br>Total                  18 |