**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**In re** Ain Uwimana Jendayi Johnson

Case No. 25-11568-KHK

**Debtor(s)**            Chapter 13

### ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE; AND HEARING THEREON

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements. Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to _____08/29/2025_____.

**3**. **the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to ____9/02/2025____ for filing all lists, schedules and statements.

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Date*: 9/8/2025
*Time*: 1:30 PM
*Location*: U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA 22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time. The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

Charri S. Stewart, Clerk
United States Bankruptcy Court

Date: August 14, 2025        By /s/ Michelle Stehle
                                Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
August 14, 2025

[oex13ps ver. 07/25]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11568-KHK |
| Ain Uwimana Jendayi Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: MichelleS | Page 1 of 2 |
| Date Rcvd: Aug 14, 2025 | Form ID: pdford6 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ain Uwimana Jendayi Johnson, 2919 Williamsburg Ct, Woodbridge, VA 22191-4633 |
| 16788093 | + | 95 Express Lanes LLC, 6440 General Green Way, Alexandria, VA 22312-2413 |
| 16788094 | #+ | Bloom Health, 1954 Greenspring Dr Ste 530, Lutherville Timonium, MD 21093-4192 |
| 16788100 | | First Source Advantage LLC, 205vb Bryant Woods South, Buffalo, NY 14228 |
| 16788101 | + | Nationstar Mortgage, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 15 2025 00:59:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16788095 | ^ | MEBN | Aug 15 2025 00:57:08 | BWW Law Group, 8100 Three Chopt Rd, Ste 240, Richmond, VA 23229-4833 |
| 16788097 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 01:09:26 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 16788096 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 01:09:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16788098 | + | Email/Text: bankruptcy@cavps.com | Aug 15 2025 00:59:00 | Cavalry SPV I LLC, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 16788099 | + | Email/Text: violationdisputes@ezpassva.com | Aug 15 2025 00:59:00 | EZ Pass Virginia, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 16788102 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 15 2025 01:00:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 16788103 | | Email/Text: sagnew@stwfirm.com | Aug 15 2025 00:59:00 | Schrier Tolin & Wagman LLC, 700 King Farm Blvd Ste 625, Rockville, MD 20850 |
| 16793653 | + | Email/Text: BankruptcyECFMail@mccalla.com | Aug 15 2025 00:59:00 | USAA FEDERAL SAVINGS BANK, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | *+ | USAA FEDERAL SAVINGS BANK, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Ain Uwimana Jendayi Johnson dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Maria A. Tsagaris | on behalf of Creditor USAA FEDERAL SAVINGS BANK maria.tsagaris@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 4