## United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   25−11568−KHK
**Chapter**   13

**In re:**

Ain Uwimana Jendayi Johnson
2919 Williamsburg Ct
Woodbridge, VA 22191

SSN: xxx−xx−3206                           EIN: NA

### NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR AMENDED/MODIFIED CHAPTER 13 PLAN

Notice is hereby given of the entry of an order of this court on November 12, 2025, confirming the Chapter 13 Plan or Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated:   November 12, 2025                    For the Court,

                                              Charri S Stewart, Clerk
[ntcConfCh13PlanvNov2020.jsp]                 United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 25-11568-KHK

Ain Uwimana Jendayi Johnson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: MichelleS     Page 1 of 2

Date Rcvd: Nov 12, 2025     Form ID: ntc13cfp     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ain Uwimana Jendayi Johnson, 2919 Williamsburg Ct, Woodbridge, VA 22191-4633 |
| 16788093 | + | 95 Express Lanes LLC, 6440 General Green Way, Alexandria, VA 22312-2413 |
| 16788094 | #+ | Bloom Health, 1954 Greenspring Dr Ste 530, Lutherville Timonium, MD 21093-4192 |
| 16788100 | | First Source Advantage LLC, 205vb Bryant Woods South, Buffalo, NY 14228 |
| 16788101 | + | Nationstar Mortgage, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16788095 | ^ | MEBN | Nov 13 2025 05:19:34 | BWW Law Group, 8100 Three Chopt Rd, Ste 240, Richmond, VA 23229-4833 |
| 16788097 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2025 05:52:08 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 16788096 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2025 05:29:33 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16788098 | + | Email/Text: bankruptcy@cavps.com | Nov 13 2025 05:22:00 | Cavalry SPV I LLC, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 16844182 | + | Email/Text: bankruptcy@cavps.com | Nov 13 2025 05:22:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 16788099 | + | Email/Text: violationdisputes@ezpassva.com | Nov 13 2025 05:21:00 | EZ Pass Virginia, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 16846558 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 05:29:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16845883 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 13 2025 05:22:00 | NAVY FEDERAL CREDIT UNION ATTN BANKRUPTCY, P.O.BOX 3000, MERRIFIELD, VA 22119-3000 |
| 16788102 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 13 2025 05:22:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 16788103 | | Email/Text: sagnew@stwfirm.com | Nov 13 2025 05:21:00 | Schrier Tolin & Wagman LLC, 700 King Farm Blvd Ste 625, Rockville, MD 20850 |
| 16831551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2025 05:21:00 | USAA FEDERAL SAVINGS BANK, Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 16793653 | + | Email/Text: BankruptcyECFMail@mccalla.com | Nov 13 2025 05:21:00 | USAA FEDERAL SAVINGS BANK, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

Case 25-11568-KHK    Doc 25    Filed 11/14/25    Entered 11/15/25 00:21:51    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0422-9 | User: MichelleS | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: ntc13cfp | Total Noticed: 18 |

| 16818286 | + | Email/Text: RASEBN@raslg.com | | |
|---|---|---|---|---|
| | | | Nov 13 2025 05:21:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | USAA FEDERAL SAVINGS BANK, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 16850763 | * | Navy Federal Credit Union Attn Bankruptcy, PO Box 3000, Merrifield, VA, 22119-3000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Ain Uwimana Jendayi Johnson dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Maria A. Tsagaris | on behalf of Creditor USAA FEDERAL SAVINGS BANK maria.tsagaris@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 4