**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>AIN UWIMANA JENDAYI JOHNSON<br><br>Debtor | Chapter 13<br><br>Case No. 25-11568-KHK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

> **Violation of 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Ain Uwimana Jendayi Johnson, Case #25-11568-KHK

***Attend the hearing to be held on November 12, 2026 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _October 6, 2026 _____

__/s/ Thomas P. Gorman______
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 6th day of October, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Ain Uwimana Jendayi Johnson
Chapter 13 Debtor
2919 Williamsburg Ct
Woodbridge, VA 22191

Daniel M. Press, Esquire
Attorney for Debtor
Law Offices Of Daniel M. Press
201 Washington St.
Cumberland, MD 21502

__/s/ Thomas P. Gorman______
Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/06/2026

CASE NO: 25-11568-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-3206
JOHNSON, AIN UWIMANA JENDAYI
AKA:
2919 WILLIAMSBURG CT
WOODBRIDGE, VA 22191

DATE FILED: 08/01/2025
CONFIRMED: 11/12/2025
LATEST 341: 09/09/2025
PERCENTAGE: 1.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 08/2025
ON SCHEDULE: 6,440.00
ACTUAL PAYMENTS: 5,520.00
AMOUNT BEHIND: 920.00

ATTORNEY: DANIEL M. PRESS, ESQUIRE
LAW OFFICES OF DANIEL M. PRESS
201 WASHINGTON ST.

CUMBERLAND, MD 21502
Phone:703 725-7600 Fax:

Needed to Complete Base:
BASE: 27,600.00
22,080.00

SCHEDULE: 460.00 MONTHLY
TOTAL PAID: 5,520.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 08/13/26 | BILL PAYER | 460.00 |
| 07/23/26 | BILL PAYER | 460.00 |
| 06/18/26 | BILL PAYER | 460.00 |
| 05/18/26 | BILL PAYER | 460.00 |
| 04/16/26 | BILL PAYER | 460.00 |
| 03/16/26 | BILL PAYER | 460.00 |
| 02/17/26 | BILL PAYER | 460.00 |
| 01/13/26 | BILL PAYER | 460.00 |
| 12/08/25 | BILL PAYER | 460.00 |
| 11/03/25 | MO | 460.00 |
| 10/16/25 | RETURNED FUNDS | (460.00) NSF |
| 10/14/25 | BILL PAYER | 460.00 |
| 10/06/25 | BILL PAYER | 460.00 |
| 09/09/25 | BILL PAYER | 460.00 |

DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 314458 | NAVY FEDERAL CREDIT UNION | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME<br>CLAIM REMARK | DISB CODE<br>LAST DISB | CLASS<br>PAY% | INT. BEGIN<br>INT. RATE | FIX PAY<br>ARREARS | ORG. CLAIM<br>SCHED AMT | APPROVED<br>TO BE PAID | PRIN. PAID<br>INT. PAID | PRIN. DUE<br>INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 357188 | NATIONSTAR MORTGAGE LLC | FIX | SEC<br>100.00 | | 515.00<br>7,210.00 | 18,102.46<br>18,500.00 | 18,102.46<br>18,102.46 | 0.00<br>0.00 | 18,102.46<br>0.00 |
| 003 | 357500 | 95 EXPRESS LANES LLC | PRO | UNS<br>1.00 | | 0.00<br>0.00 | 0.00<br>973.20 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 004 | 356698 | BLOOM HEALTH CENTERS | PRO | UNS<br>1.00 | | 0.00<br>0.00 | 0.00<br>100.00 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 005 | 338061 | CAPITAL ONE | PRO | UNS<br>1.00 | | 0.00<br>0.00 | 0.00<br>112.00 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 006 | LVNV | LVNV FUNDING LLC | PRO | UNS<br>1.00 | | 0.00<br>0.00 | 1,455.75<br>1,497.72 | 1,455.75<br>14.56 | 0.00<br>0.00 | 14.56<br>0.00 |
| 007 | 353370 | CAVALRY SPV I, LLC | PRO | UNS<br>1.00 | | 0.00<br>0.00 | 3,232.28<br>3,409.36 | 3,232.28<br>32.32 | 0.00<br>0.00 | 32.32<br>0.00 |
| 008 | 330221 | FIRST SOURCE ADVANTAGE, LLC | PRO | UNS<br>1.00 | | 0.00<br>0.00 | 0.00<br>9,862.08 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 009 | 314458 | NAVY FEDERAL CREDIT UNION | PRO | UNS<br>1.00 | | 0.00<br>0.00 | 25,474.95<br>25,474.95 | 25,474.95<br>254.75 | 0.00<br>0.00 | 254.75<br>0.00 |
| 010 | 356158 | CONSUMER PAYMENT PROCESSING<br>UNLISTED - NO RESP - ALLOW & PAY | PRO | UNS<br>1.00 | | 0.00<br>0.00 | 2,774.82<br>0.00 | 2,774.82<br>27.75 | 0.00<br>0.00 | 27.75<br>0.00 |
| 011 | 356158 | CONSUMER PAYMENT PROCESSING<br>UNLISTED - NO RESP - ALLOW & PAY | PRO | UNS<br>1.00 | | 0.00<br>0.00 | 7,087.26<br>0.00 | 7,087.26<br>70.87 | 0.00<br>0.00 | 70.87<br>0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/06/2026

CASE NO: 25-11568-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-3206
JOHNSON, AIN UWIMANA JENDAYI

SCHEDULE: 460.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | 264693 | DANIEL M. PRESS, ESQUIRE | PRO<br>08/2026 | ATY<br>100.00 | | 0.00<br>0.00 | 6,750.00<br>6,750.00 | 6,250.00<br>6,250.00 | 5,077.60<br>0.00 | 1,172.40<br>0.00 |
| | | Trustee Administrative Fees | | | | | | 432.40 | 432.40 | |
| | | | | TOTALS: | | 515.00<br>7,210.00 | 64,877.52<br>66,679.31 | 64,809.92<br>25,185.11 | 5,510.00<br>0.00 | 19,675.11<br>0.00 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 6,750.00 | 0.00 | 18,500.00 | 41,429.31 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 6,250.00 | 0.00 | 18,102.46 | 400.25 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 5,077.60 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 1,172.40 | 0.00 | 18,102.46 | 400.25 | 0.00 | DUE CREDITORS: | 19,675.11 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 1,944.90 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 1,172.40 | 0.00 | 18,102.46 | 400.25 | 0.00 | APPROX BALANCE: | 21,610.01 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.