UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Ain Uwimana Jendayi Johnson | ) | |
| | ) | No. 25−11568−KHK |
| Debtor. | ) | Chapter 13 |
| | ) | |

**DEBTOR'S RESPONSE TO MOTION TO DISMISS**

COME NOW the Debtor, Ain Uwimana Jendayi Johnson, by counsel, and states as follows in response to the Trustee's Motion to Dismiss.

Debtor was at the time the motion filed one month behind, due to a temporary medical issue that left her unable to work, and thus missed her September payment. The October payment had just come due. That has now been made, so she remains one month behind. She intends to get caught up before the hearing.

WHEREFORE, Debtor respectfully requests that the Motion to Dismiss be denied.

Dated: October 21, 2026.

Respectfully submitted,

__/s/ Daniel M. Press ______

Daniel M. Press, VSB# 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 21st day of October, 2026, I caused the foregoing Response to be served by CM/ECF on the Chapter 13 Trustee and all parties requesting such notice.

__/s/ Daniel M. Press ______
Daniel M. Press